**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-2143**

---

JOHN A. SHAY,

Plaintiff - Appellant,

versus

ROBERT F. SWEENEY, Individually and in his former official capacity as Chief Judge, District Court of Maryland; MARTHA R. RASIN, Chief Judge, District Court of Maryland; J. JOSEPH CURRAN, JR.; RICHARD N. DIXON, State Treasurer,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-97-1549-AMD)

---

Submitted: December 11, 1997       Decided: December 24, 1997

---

Before HALL and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

John A. Shay, Appellant Pro Se. Julia Melville Freit, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Shay v. Sweeney</u>, No. CA-97-1549-AMD (D. Md. July 22, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>